UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK LYMAN | 05 CR 1 00 0 7 NG<br>CRIMINAL NO.<br>VIOLATIONS:<br>18 U.S.C. §§ 111(a)(1),<br>and (b) - Assault on a<br>Federal Officer |

INDICTMENT

**COUNT ONE:**  18 U.S.C. §§ 111(a)(1) and (b) - Assault on a Federal Officer

The Grand Jury charges that:

On or about August 18, 2004, at Boston, Massachusetts, in the District of Massachusetts,

**MARK LYMAN,**

the defendant herein, did forcibly assault, resist, oppose, impede, and interfere with United States Park Ranger Douglas Beaudreau, an employee of the United States National Park Service, while Douglas Beaudreau was engaged in and on account of the performance by his official duties, and in so doing did use a dangerous weapon, to wit: his teeth, and in so doing did inflict bodily injury upon Douglas Beaudreau.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

**COUNT TWO**:   18 U.S.C. § 111(a)(1)- Assault on a
            Federal Officer

The Grand Jury further charges that:

On or about August 18, 2004, at Boston, Massachusetts, in the District of Massachusetts,

**MARK LYMAN**,

the defendant herein, did forcibly assault, resist, oppose, impede, and interfere with United States Park Ranger Kenneth Valenti, an employee of the United States National Park Service, while Kenneth Valenti was engaged in and on account of the performance by his official duties.

All in violation of Title 18, United States Code, Section 111(a)(1).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. The conduct that is the subject of Count One involved the use of a dangerous weapon, to wit: mouth and teeth, as described in U.S.S.G. § 2A2.2(b)(2)(B).

2. The conduct that is the subject of Count One resulted in the victim sustaining bodily injury, as described in U.S.S.G. § 2A2.2(b)(3)(A).

3. The conduct that is the subject of Count Two involved physical contact, as described in U.S.S.G. § 2A2.4(b)(1)(A).

4. The conduct that is the subject of Count Two resulted in the victim sustaining bodily injury, as described in U.S.S.G. § 2A2.4(b)(2).

**A TRUE BILL**

*[signature]*
Foreperson of the Grand Jury

*[signature]*
James Lang
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:          January 12, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

12:57P

❦JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                                         U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. __II__    Investigating Agency __NAT. PARK SERVICE__

City __Boston__                    Related Case Information:

County __Suffolk__                 Superseding Ind./ Inf. _____    Case No. _____
                                   Same Defendant _____    New _____
                                   Magistrate Judge Case Number __P019112, 13, 15, 17-18 (LPC)__
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __Mark Lyman__                              Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __1 O'Reilly Way, #563, Charlestown, MA__

Birth date (Year only): __69__   SSN (last 4 #): __0114__  Sex __M__  Race: __Cauc.__   Nationality: __USA__

Defense Counsel if known: _____                   Address: _____

Bar Number: _____

## U.S. Attorney Information:

AUSA __James Lang__                            Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested      ☒ Regular Process      ☐ In Custody

## Location Status:

Arrest Date: __8/18/04__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __Mag. Judge Cohen__ on __8/19/04__

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: January 12, 2004          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Mark Lyman

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 111 | Assault on Federal Officer | 1-2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:**