UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **05 CR 10007 NG** |
| | ) | CRIMINAL NO. |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. §§ 111(a)(1), |
| | ) | and (b) - Assault on a |
| MARK LYMAN | ) | Federal Officer |
| | ) | |
| | ) | |

SUPERSEDING INDICTMENT

**COUNT ONE**:    18 U.S.C. §§ 111(a)(1) and (b) - Assault on a
Federal Officer

The Grand Jury charges that:

On or about August 18, 2004, at Boston, Massachusetts, in the District of Massachusetts,

**MARK LYMAN**,

the defendant herein, did forcibly assault, resist, oppose, impede, and interfere with United States Park Ranger Kenneth Valenti, an employee of the United States National Park Service, while Kenneth Valenti was engaged in and on account of the performance by his official duties, and in so doing did use a dangerous weapon, to wit: his teeth.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

**COUNT TWO**:   18 U.S.C. § 111(a)(1)- Assault on a
                 Federal Officer

The Grand Jury further charges that:

   On or about August 18, 2004, at Boston, Massachusetts, in the District of Massachusetts,

**MARK LYMAN**,

the defendant herein, did forcibly assault, resist, oppose, impede, and interfere with United States Park Ranger Douglas Beaudreau, an employee of the United States National Park Service, while Douglas Beaudreau was engaged in and on account of the performance by his official duties.

   All in violation of Title 18, United States Code, Section 111(a)(1).

**<u>A TRUE BILL</u>**

_____
Foreperson of the Grand Jury


_____
James Lang
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:                January 19, 2005


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:26p

Record of Grand Jurors Concurring

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| *v.* ) | **Criminal No. 05-10006-NG** |
| ) | |
| **MARK LYMAN** ) | |

I, the duly appointed foreperson of the grand jury of this court, begun and held at Boston, Massachusetts on the 19th day of January, 2005, do hereby file with the clerk of the court as required by Rule 6(c) of the Federal Rules of Criminal Procedure, a record of the number of grand jurors concurring in the finding of indictment in the above case, which record shall not be made public except upon order of the court:

_____ grand jurors concurring

_____
Foreperson

_____
Date

JS 45 (5/97 - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**        U.S. District Court - District of Massachusetts

Place of Offense: _____ Category No. __II__ Investigating Agency __NAT. PARK SERVICE__

City __Boston__     Related Case Information:

County __Suffolk__     Superseding Ind./ Inf. __X__    Case No. __05-10006-NG__
Same Defendant __X__    New \_\_\_\_\_
Magistrate Judge Case Number __P019112, 13, 15, 17-18 (LPC)__
Search Warrant Case Number \_\_\_\_\_
R 20/R 40 from District of \_\_\_\_\_

**Defendant Information:**

Defendant Name __Mark Lyman__     Juvenile ☐ Yes ☒ No

Alias Name \_\_\_\_\_

Address __c/o New Hope, 61 Redfield Road, Building 115, South Weymouth, MA 02198__

Birth date (Year only): __69__ SSN (last 4 #): __0114__ Sex __M__ Race: __Cauc.__ Nationality: __USA__

Defense Counsel if known: \_\_\_\_\_ Address: \_\_\_\_\_

Bar Number: \_\_\_\_\_

**U.S. Attorney Information:**

AUSA __James Lang__     Bar Number if applicable \_\_\_\_\_

Interpreter: ☐ Yes ☒ No    List language and/or dialect: \_\_\_\_\_

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: __8/18/04__

☐ Already in Federal Custody as \_\_\_\_\_ in \_\_\_\_\_
☐ Already in State Custody \_\_\_\_\_ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __Mag. Judge Cohen__ on __8/19/04__

Charging Document: ☐ Complaint ☐ Information ☒ Indictment
Total # of Counts: ☐ Petty \_\_\_ ☐ Misdemeanor \_\_\_ ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: January 19, 2004     Signature of AUSA: _[signed]_

≪JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Mark Lyman

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 111 | Assault on Federal Officer | 1-2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:**