# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                                CRIMINAL NO. 05-10007-NG

MARK LYMAN,
    Defendant.

## ORDER CONTINUING EVIDENTIARY REVOCATION HEARING

COLLINGS, U.S.M.J.

Since defendant's counsel cannot be present at today's evidentiary revocation hearing due to a family emergency, it is ORDERED that said hearing be, and the same hereby is, CONTINUED to *Monday, February 14, 2005 at 11:00 A.M.*

The defendant shall remain in the custody of the U.S. Marshal and shall be produced for the hearing on Monday, February 14.

                                          /s/ Robert B. Collings
                                          ROBERT B. COLLINGS
                                          United States Magistrate Judge

Date:  February 9, 2005.