AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | Case Number: 05-CR-10007-NG |
| MARK LYMAN | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ MARK LYMAN ___
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☑ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

VIOLATION OF CONDITIONS OF RELEASE ORDERED BY MAGISTRATE JUDGE COLLINGS ON 1/27/2005.

in violation of Title _____ United States Code, Section(s) _____

ROBERT B. COLLINGS
Name of Issuing Officer

/s/ signature
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

2/4/2005     Boston, MA
Date          Location

Stamp: 2005 FEB -4 A 5:05 U.S. MARSHAL SERVICE BOSTON, MA

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/6/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 10/03) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____MARK LYMAN_____

ALIAS: _____

LAST KNOWN RESIDENCE: ___c/o NEW HOPE 61 Redfield Rd. Building 115 South Weymouth, MA 02198___

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____     RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: