# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

United States of America

V.

__MARK LYMAN__
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: __05-CR 10007-NG__

IT IS ORDERED that the release of the defendant is subject to the following conditions: *

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                                                    Place
_____ on _____
                                       Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($ _____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

\* See also "Order Setting Conditions of Release" dated February 16, 2005. (Attached)

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                                            CRIMINAL NO. 05-10007-NG

MARK LYMAN,
      Defendant.

## ORDER
## *SETTING CONDITIONS OF RELEASE*

COLLINGS, U.S.M.J.

After hearing, I find that the following Conditions of Release will reasonably assure the safety of the community and the appearance of the defendant. I therefore set the following Conditions of Release in this case:

> The U.S. Marshal is authorized to release the defendant to the authorities from Gosnold House on Friday, February 18, 2005 at 9:30 A.M. when the authorities from Gosnold House will pick the defendant up at the court house. The authorities at Gosnold House shall admit the defendant to their program on an in-patient basis for treatment for substance abuse.
>
> The defendant shall remain at the program at Gosnold House until discharged and shall fully participate in all the activities prescribed by the staff at Gosnold House

for the defendant.

The defendant shall obey all the rules and regulations of the Gosnold House.

The defendant shall not leave Gosnold House without the permission of the Court.

The defendant shall notify Pre-Trial Services not less than forty-eight hours before release from Gosnold House.

The defendant will be returned to the Court by authorities at Gosnold House when the defendant completes the program.

The defendant shall sign all papers necessary in order for Pre-Trial Services to be advised of the defendant's progress by authorities at Gosnold House.

The defendant shall sign all papers necessary in order for Pre-Trial Services and Gosnold House to obtain all records of prior treatment for substance abuse.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: February 16, 2005.

2

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Mark Lymann_
Signature of Defendant

_c/o 1 O'Rielly way_
Address

_Charlestown ma_       _617 241-7410_
City and State          Telephone

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: FEB 1 8 2005

HON. ROBERT B. COLLINGS
Signature of Judicial Officer
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
Name and Title of Judicial Officer
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL