# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                        CRIMINAL NO. 2005-10007-NG

MARK LYMAN,
     Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

1/12/2005 - Indictment returned.

1/27/2004 - Arraignment

1/28/2004 - 2/24/2005 - Excluded as per L.R. 112.2(A)(2)

3/11/2005 - Conference held.

3/12 - 4/11/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of April 11, 2005, FOURTEEN (14) non-excludable days will have occurred leaving FIFTY-SIX (56) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 11, 2005.