# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                  CRIMINAL NO. 2005-10007-NG

MARK LYMAN,
      Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on March 11, 2005; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    No expert witnesses will be called.

(3)    No.

(4)    Any non-discovery type motions shall be filed *on or before the close*

*of business on Monday, April 11, 2005;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5)   *See* Order of Excludable Delay entered this date.

(6)   It is unknown whether a trial will be necessary.

(7)   The Final Status Conference is set for *Tuesday, April 12, 2005 at 11:30 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)   *See* ¶¶ (1)-(4), *supra*.

(2)   It does not.

(3)   None.

(4)   *See* Order of Excludable Delay entered this date.

(5)   Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

March 11, 2005.