UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL COMPLAINT |
| V. | No. 05-CR-10007 (NG) |
| MARK LYMAN,<br>    Defendant. | |

### DEFENDANT'S MOTION TO CONTINUE HEARING

The defendant, Mark Lyman, moves to continue the hearing now set for 11:30 a.m. on May 31, 2005 to June 1 or June 2 at any time of the court's convenience or during the afternoon of June 3, 2005 (the defendant's lawyer has a matter scheduled at 2:15 before Magistrate-Judge Dein on that date), or on another date convenient to the court.

As reason therefore the defendant says that his lawyer has a previously scheduled matter in the Chicopee District Court at 2:00 p.m. on May 31, 2005 and that it will be necessary for him to leave the Boston area with adequate travel time as he has never been to previously traveled to Chicopee for court purposes.

The defendant's lawyer has conferred with AUSA James Lang for the government and the government assents to this motion.

Respectfully submitted,

/S/ William M. White, Jr.
William M. White, Jr.
BBO#546283
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace
Boston, MA  02109
(617) 723 - 7339