# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                          CRIMINAL NO. 2005-10007-NG

MARK LYMAN.

## *ORDER OF REVOCATION AND DETENTION PURSUANT TO TITLE 18, U.S.C. § 3148(b)*

COLLINGS, U.S.M.J.

    After hearing, I find, by clear and convincing evidence, that the defendant has violated the Conditions of Release previously set. 18 U.S.C. § 3148(b)(1)(B).[1]

    I further find that, based on the record before me, the defendant is unlikely to abide by any conditions of release I might set with respect to refraining from alcohol use and substance abuse. 18 U.S.C. § 3148(b)(2)(B).

    Accordingly, pursuant to Title 18, U.S.C. § 3148(b), it is ORDERED that the conditions of release previously set be, and the same hereby are, REVOKED.

    It is FURTHER ORDERED that the defendant be, and he hereby is,

---

[1] The defendant, through counsel, admitted the violation.

DETAINED and that:

    (l)  The defendant be, and he hereby is, committed to the custody of the Attorney General for confinement in a corrections facility;

    (2)  The defendant be afforded reasonable opportunity for private consultation with his counsel; and

    (3)  On Order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy U. S. Marshal for the purpose of any appearance in connection with a court proceeding.

Review of the within Detention Order may be had by the defendant filing a motion for revocation or amendment of the within Order pursuant to 18 U.S.C. Sec. 3145(b).

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 24, 2005.