AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____    MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MARK LYMAN

**WARRANT FOR ARREST**

Case   05-10007-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   MARK LYMAN
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment   ☐ Information   ☐ Complain   Order of court   X Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF PRE-TRIAL CONDITIONS

in violation of Title _____ United States Code, Section(s) _____

Charles B. Swartwood, III
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Chief Magistrate Judge
Title of Issuing Officer

6/21/2005 Boston, MA
Date and Location

Bail fixed at $ _____   by _____
                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

at USMO Boston, MA

WARRANT EXECUTED BY USMS
ARREST/ARRAIGNMENT OF THE DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/22/05 | Kevin Neal | _[signature]_ Kevin Neal |
| DATE OF ARREST 6/22/05 | Deputy U.S. Marshal | |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____