

# MEMORANDUM

**To:**     Honorable Nancy Gertner
           U.S. District Judge

**From:**   Ina Howard-Hogan
           U.S. Probation Officer

**Re:**    LYMAN, Mark
           Dkt. 05-10007-01

**Date:**   August 4, 2005


On July 29, 2005 the above defendant pled guilty to Assault on a Federal Officer. This office is requesting approval from the court to obtain details regarding juvenile offenses pertaining to **Mark Lyman** from **East Boston** Juvenile Court. The Juvenile Court has been contacted and would not release the information unless it was court ordered.

This office is, therefore, respectfully requesting that the Court sign the enclosed orders and then return it to this office.